### 309. Fair v. Metropolitan Life Insurance Company.

RUSSELL, J. Unless the judgment rendered is absolutely demanded by the evidence, the first grant of a new trial on certiorari will not be interfered with. *Judgment affirmed.*

Certiorari, from Bibb superior court—Judge Felton. December 20, 1906.

Argued May 2,—Decided July 25, 1907.

*L. D. Moore,* for plaintiff.

*Hardeman & Jones, E. P. Johnston,* for defendant.